# EXHIBIT C



<strong style="color:red">CONFIDENTIAL</strong>

# Aquent, LLC.
Supplier #: 0010000409

# STATEMENT OF WORK
# FOR OUTSOURCED SERVICES
SOW #: CNT0027405
MST #: MST0000017

Firm Fixed Price

This Statement of Work # CNT0027405 ("SOW") is in effect as of September 1, 2023 ("Effective Date") pursuant to the Master Services Agreement dated August 26, 2013 (the "Agreement") between Aquent, LLC. ("Supplier") and AARP ("AARP"), (each a "Party," collectively the "Parties").

**THIS SOW IS NOT AN AUTHORIZATION FOR THE SUPPLIER TO BEGIN WORK. THE SUPPLIER MUST BE IN RECEIPT OF A WRITTEN PURCHASE ORDER PRIOR TO THE COMMENCEMENT OF WORK. ANY WORK PERFORMED PRIOR TO THE ISSUANCE OF A PURCHASE ORDER SHALL BE AT THE RISK OF SUPPLIER.**

**1.0    SOW SUMMARY**

|  |  |  |  |
|---|---|---|---|
| **AARP** | Sponsoring Department | Digital Strategy & Membership ("DSM") | |
|  | Project ID/Name | DSM Creative | |
|  | Project Manager's Name | Kimberly Hardy-Barnes | |
| **Supplier** | Primary Point of Contact | Tina Tozzi | |
|  | Email Address | ttozzi@aquent.com | |
| **Period of Performance** | | Start Date | End Date |
|  | | September 1, 2023 | March 31, 2025 |
| Total Authorized **Fees and Expenses** under this SOW (**Not to exceed**) | | $7,543,229.76 | |

**CONFIDENTIAL**

## 2.0   GENERAL

This SOW incorporates the terms and conditions of the Agreement. This SOW together with the Agreement constitutes the entire agreement between the parties related to the subject matter hereof. Except as otherwise indicated herein, defined terms in this SOW have the same meaning as in the Agreement. If there is a conflict between the terms of the Agreement and this SOW, the Agreement will control.

## 3.0   PURPOSE/BACKGROUND

Supplier shall provide outsource services of certain functions, tasks, and activities on a managed services basis. Under the general direction of AARP and specifically, AARP's Digital Strategy & Membership ("DSM") department, the Supplier will provide specialty services in support of all marketing efforts and assist with the completion of numerous initiatives and projects.

## 4.0   DELIVERABLES AND TASKS

Supplier shall provide each deliverable [D] and perform each of the following tasks [T], (collectively the "Services"). Tasks define the key activities to be performed in order to provide the final deliverable.

| Ref. # | Name and Description | Due Date |
|---|---|---|
| **D1** | **Online Community Coordination** | **September 1, 2023 through March 31, 2025** |
| T1 | Provide day-to-day management of AARP moderation team. | Ongoing through March 31, 2025 |
| T2 | Provide day-to-day resource on Lithium moderation tools (forums) and Livefyyre moderation tools (article and blog comments). | Ongoing through March 31, 2025 |
| T3 | Development and monitoring of detailed moderation policies and procedures. | Ongoing through March 31, 2025 |
| T4 | Establish weekly check-ins to review community trends and performance metrics, with recommendations for best practice moderation improvements, superuser cultivation, measurement, and user management. | Ongoing through March 31, 2025 |
| T5 | Assist in the creation of a yearly community moderation plan. | Ongoing through March 31, 2025 |
| T6 | Provide monthly reporting on moderation activities to be delivered within five (5) business days of the month's end. | Ongoing through March 31, 2025 |
| **D2** | **Web Production & Quality Assurance ("QA")** | **September 1, 2023 through March 31, 2025** |
| T1 | Provide best practices search engine optimization ("SEO") and engagement optimized web page production to increase the value of each visitor to the aarp.org website and to prompt engagement. Formats of content to include but not limited to: articles, slide shows, videos, video streaming, tools, forms, and galleries. | Ongoing through March 31, 2025 |
| T2 | Program landing pages to be aligned with the AARP brand, using value metrics, strategic direction, audience segments and web analytics. | Ongoing through March 31, 2025 |
| T3 | Provide monthly channel-level and team level metrics reporting, analyzing, charting, and providing of insights and context for channel Key Performance Indicators ("KPIs") for the monthly, yearly, and year over year reporting that includes but is not limited to: | Ongoing through March 31, 2025 |

DocuSign Envelope ID: 77097EF3-8AA3-4BBC-B92A-1308596568DA
Case 1:24-cv-02949-CRC   Document 1-3   Filed 10/17/24   Page 4 of 8

**CONFIDENTIAL**

|    |    |    |
|----|----|----|
|    | • Unique visits, page views, page visits/visit, organic visits, organic page visits, bounce rate, weekly return visits.<br>• Joins, renews, registrations and subscriptions. |    |
| T4 | 3,000 pieces (articles, slide shows, polls, quizzes, infographics, featured videos on pages) produced.<br>• Produce 75% of individual pieces within forty-eight (48) hours of receipt of final assets from AARP.<br>• For fast desk software pieces: produce 75% within four (4) hours upon receipt of final assets. | Ongoing through March 31, 2025 |
| T5 | Provide system expertise in Adobe's AEM (or current version) Content Management System with AARP custom templates, a workflow management tool ("IMP"), Google AdWords and BrightEdge for SEO keyword research and Omniture's Site Catalyst (or current version) for metrics reporting:<br>• Both English and Spanish services are required for both the web production and program management services. | Ongoing through March 31, 2025 |
| T6 | Produce monthly channel performance reports that include metrics showing the prior month's traffic, engagement and value delivered. Supplier will be responsible for providing this report by the twelfth (12th) of each month. | Ongoing through March 31, 2025 |
| **D3** | **Project Coordination** | **September 1, 2023 through March 31, 2025** |
| T1 | Provide advanced support for video, SEO, content marketing production, and development. | Ongoing through March 31, 2025 |
| T2 | Provide AARP with competitive analyses on market trends and help identify opportunities for AARP to grow the business and deliver value from these areas. | Ongoing through March 31, 2025 |
| T3 | Provide team direction and training in the respective areas to continually raise capabilities to leverage related opportunities. | Ongoing through March 31, 2025 |
| **D4** | **Program Management and Analysis** | **September 1, 2023 through March 31, 2025** |
| T1 | Provide strategic program management services for select digital promotion, engagement, and conversion initiatives to increase the value of each visitor to the aarp.org website. | Ongoing through March 31, 2025 |
| T2 | Manage relations and all testing for content discovery features to ensure AARP brand alignment with all paid content displayed on site through weekly spot audits. | Ongoing through March 31, 2025 |
| T3 | Utilize existing AARP web analytics tools such as Omniture and Outbrain and existing reports from Google Analytics to provide AARP with regular insights which how to drive and support engagement, loyalty, and conversion program initiatives. Supplier will also use web analytics to track and analyze performance to meet KPIs and AARP organizational goals. | Ongoing through March 31, 2025 |
| T4 | Identify aarp.org enhancements, which will drive optimization of the website's pages and working with the AARP product team on implementation. All program features, and site enhancements must meet the high standards of usability, editorial quality and effectiveness of the website. | Ongoing through March 31, 2025 |

DocuSign Envelope ID: 77097EF3-8AA3-4BBC-B92A-1398596568DA
Case 1:24-cv-02949-CRC   Document 1-3   Filed 10/17/24   Page 5 of 8

**CONFIDENTIAL**

| | | |
|---|---|---|
| T5 | Understand AARP audience segmentation, usage rules and major style guidelines required for these services. | Ongoing through March 31, 2025 |
| **D5** | **Digital Marketing Analytics** | **September 1, 2023 through March 31, 2025** |
| T1 | Supplier shall conduct digital analysis and provide insights supporting both desktop and mobile platforms. Supplier shall provide least four (4) analyses per month, and align with DSM's strategic priorities, including the following:<br>• Membership funnels<br>• Site registration and log in funnels<br>• Email opt ins<br>• Mobile usage<br>• Rewards for good engagement<br>• Sweepstakes performance<br>• Home page performance<br>• Games usage | Ongoing through March 31, 2025 |
| T2 | Develop weekly and monthly scorecards that report on digital performance, to include:<br>• Digital traffic<br>• Conversations (member actions, site registrations, leads to providers, email signups) | Ongoing through March 31, 2025 |
| T3 | Develop test plan to include recommendations for optimization, based on analyses in T1 and T2. | Ongoing through March 31, 2025 |
| T4 | Design A/B and multivariate tests supporting site optimization and optimization of marketing vehicles. | Ongoing through March 31, 2025 |
| T5 | Analyze and create report on tests upon completion of each test. Analysis should include winning variants and estimated value in production. | Ongoing through March 31, 2025 |
| T6 | Provide cross-functional project management, work with AARP stakeholders, digital partners, and suppliers to drive the optimization roadmap and priorities. | Ongoing through March 31, 2025 |
| T7 | Create and deliver by the fifteenth (15th) day of each month a monthly scorecard and dashboard on the previous months performance | Ongoing through March 31, 2025 |
| T8 | Ensure a minimum of ten (10) tests are launched per month on the Test & Target platform. | Ongoing through March 31, 2025 |
| T9 | Ensure a minimum of five (5) optimization recommendations are created each month which shall include expected impact and incremental value to AARP. | Ongoing through March 31, 2025 |
| **D6** | **Strategic Partnership Consulting** | **September 1, 2023 through March 31, 2025** |
| T1 | Supplier shall identify new partnership opportunities that further AARP's business objectives and evaluation of potential partners. | Ongoing through March 31, 2025 |
| T2 | Supplier shall negotiate business terms with selected business partners. | Ongoing through March 31, 2025 |
| T3 | Supplier shall execute new partnership deals that meet AARP's specific business requirements with favorable terms for AARP. Supplier shall | Ongoing through March 31, 2025 |

**CONFIDENTIAL**

|  | | |
|---|---|---|
|  | also provide project management Services to support partnership launch working with AARP teams. |  |
| T4 | Supplier is responsible for managing, maintaining, and renegotiating all contracts for existing partnerships ensuring favorable terms for AARP. | Ongoing through March 31, 2025 |

4.1 Service Level Agreement

    4.1.1  Timing: Supplier will prioritize performance of the Services as may be necessary or as identified and will undertake commercially reasonable efforts to perform the Service within the time specified. AARP acknowledges and agrees that the Supplier's ability to meet any and all schedules is dependent upon AARP's prompt performance of its obligations to provide materials and written approvals and/or instructions pursuant to assigned work requests and that any delays in AARP's performance caused by AARP shall not constitute a breach of Supplier's obligations hereunder.

    4.1.2  Supplier Controls Manner and Means in which Services Are Performed: Supplier shall, at all times, remain responsible for the manner and means in which Services are completed under this SOW. The Supplier is solely responsible for the Services under this SOW and shall utilize discretion with regard to the most effective manner and means to conduct Services, including hours of operation.

           Supplier will provide consultant resource(s) to deliver the Services under this SOW. Supplier retains resource accountability. Supplier shall have thirty (30) days to remediate to AARP's satisfaction. However, In the event such remediation is unsuccessful, AARP reserves the right to terminate, in whole or in part the Services under this SOW.

           The Supplier is responsible for conducting employee evaluations and taking actions based on those evaluations. The Supplier is responsible for all personnel responsibilities for workers supplied under this SOW. AARP does not directly or indirectly control or reserve the rights regarding hiring, firing, and other human resources decisions for workers supplied under this SOW. Supplier agrees that it will maintain a core group of assigned personnel under this SOW in efforts to maximize efficiency, productivity, and timely completion of work.

           The Supplier is responsible for conducting on-site visits to assess and address human resource issues.

           Workers supplied under this SOW shall not be subject to direction (e.g., when, where, or how the work is to be performed) from AARP regarding the provision of those Services. AARP shall not exercise any direct control over Supplier or Supplier's employees. AARP shall not provide any training to Supplier. **Supplier agrees to immediately bring to the attention of AARP any instance Supplier believes this provision is not being adhered to.**

    4.1.3  Hiring/Non-Solicitation. Supplier agrees not to directly solicit for hire any employee of AARP or its Affiliates without the prior written permission of AARP's Vice President of Human Resources. This restriction shall not apply to the solicitation or recruitment by Supplier generally in the media, and shall not prohibit Supplier from hiring, without prior written consent, employees of AARP who answer any advertisement or who otherwise voluntarily apply for a publicly posted job opening without having been personally solicited or recruited by Supplier or its

representatives. Supplier's breach of this provision shall entitle AARP to immediately terminate this Agreement and/or any related SOW and pursue such other legal or equitable remedies available to AARP

4.1.4 <u>Supplier Must Appoint "Point Person(s)" Responsible for Managing the SOW</u>: The Supplier shall provide AARP with a "Point Person(s)" who will act as the person responsible for all internal and external human resources issues throughout this SOW term. The Supplier appointed Point Person(s) are responsible for coordinating the Services, managing the manner and means of the day to day work, tracking and reporting consumption of hours, and ensuring timely and quality work product under this SOW.

**5.0   ACCEPTANCE CRITERIA**

AARP's final acceptance is subject to AARP's review and approval within fifteen (15) days of receipt of the deliverables. Acceptance shall not be unreasonably withheld.

If deliverables are not accepted, AARP shall specify in writing the reason and any corrective actions required within fifteen (15) days of receiving the deliverable(s). Once deliverables have been corrected per AARP's written guidance, they will be deemed accepted upon receipt.

**6.0   KEY SUPPLIER PERSONNEL**

| Name | Title | Function |
|---|---|---|
| Tina Tozzi | Director, Strategic Workforce | Account Manager |
| Melissa Sharples | Senior Agent | Account Assistant |

**7.0   PRICING: FIRM FIXED FEE**

AARP will pay Supplier a not-to-exceed monthly fixed-fee of $419,068.32 during the Period of Performance of this SOW to provide the Services outlined herein, unless earlier terminated in accordance with the terms of the SOW. The total value invoiced under this SOW shall not exceed $7,543,229.76.

**8.0   EXPENSES**

Supplier will not be entitled to reimbursement of expenses under this SOW.

**9.0   TAXES**

Supplier shall include all applicable taxes as a separate line on their invoice to AARP.

**10.0   SCOPE CHANGES**

Any and all changes in the cost, Services, tasks, deliverables and their delivery dates shall be introduced as a written Change Order to this SOW that shall be executed by AARP and by the Supplier before such changes are binding. If there is no such execution, such changes may be held to be invalid by AARP. In such case, any increased cost necessary to perform out of scope work under this SOW and the resultant deliverables shall be solely borne by the Supplier.

**CONFIDENTIAL**

All rates for the term of this SOW and all Change Orders referencing this SOW shall not increase unless specifically addressed in a mutually agreed to Change Order to this SOW.

Only members of AARP Procurement and Contract Management (PCM) are authorized to sign agreements, including Change Orders. Change Orders signed by anyone else are not deemed valid.

**11.0    PLACE OF PERFORMANCE**

The Work associated with this SOW shall be performed in the following AARP location:

- AARP's headquarters at 601 E. Street NW, Washington, DC 22039

**12.0    PERIOD OF PERFORMANCE**

The Work shall begin on September 1, 2023, the Start Date and shall be completed by March 31, 2024, the End Date.

**13.0    WORK POLICIES**

Supplier is responsible for providing all necessary equipment needed to provide the Services, including, but not limited to, computer workstations to each of its personnel, unless AARP specifically agrees to provide equipment in this SOW. Any equipment that is connected to AARP's network shall be regularly screened for viruses. Supplier personnel agree to check in with front desk security upon arrival to any AARP facility and to comply with instructions of uniformed security personnel. Supplier represents that it has performed the required background checks on all Supplier personnel engaged in providing Services to AARP. Supplier shall take all reasonable steps to cooperate with AARP management and staff to accomplish the work assigned. Supplier shall do everything possible to foster teamwork and coordination of effort.

**IN WITNESS WHEREOF, the Parties hereto have caused this SOW to be duly executed by their respective authorized representatives as of the last date written below.**

|  | **AARP** | **Aquent, LLC** |
|---|---|---|
| Signature: | DocuSigned by: *Shannon Tyson* E5E46757ACAF474... | *[signature]* |
| Name: | Shannon Tyson | Tina M Tozzi |
| Title: | VP, Procurement & Contract Management | Senior Client Partner |
| Date: | 12/18/2023 \| 8:53 AM EST | December 13, 2023 |