AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

AQUENT, LLC

*Plaintiff(s)*

v.

AARP INC.

*Defendant(s)*

Civil Action No. 1:24-cv-2949

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AARP INC.
601 E Street, NW
Washington DC 20049

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Albinas J. Prizgintas
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Avenue NW, Washington, DC 20037

John J. Butts and Emily S. Summit
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street, Boston, MA 02109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 10/21/2024

/s/ Simone Logan

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

AQUENT, LLC

CIVIL ACTION NO.: 1:24-CV-2949

vs

*Plaintiff*

AARP INC.

*Defendant*

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in Washington, D.C.

That on **10/22/2024** at **2:25 PM** at **1015 15th St. NW, Suite 1000, Washington DC, 20005**

I served a(n) **Summons in a Civil Action, Complaint with Exhibits A-C, Notice of Right to Consent to Trial Before a United States Magistrate Judge, and Civil Cover Sheet**

on **AARP, Inc. c/o CT Corporation System**, Registered Agent

by delivering thereat a true copy of each to **Mark Jay Diffenbaugh, Intake Specialist** personally, authorized to accept service thereof.

Description of Person Served:
Gender : Male
Skin : White
Hair : Balding
Age : 51 - 65 Yrs.
Height : 5' 9" - 6' 0"
Weight :161-200 Lbs.

I declare under penalty of perjury of the United States of America that the forgoing is true and correct.

Dated: October 23, 2024

Luke Scherr

Serving By Irving, Inc. | 18 East 41st Street, Suite 1600 | New York, NY 10017
New York City Dept. of Consumer Affairs License No. 0761160